**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**JERRY CRAIG BRADSHAW**,<br>Supervised Releasee | **NO. 5: 00-CR-51 (HL)**<br><br>RE: VIOLATION OF SUPERVISED RELEASE |

# O R D E R

JERRY CRAIG BRADSHAW, a **SUPERVISED RELEASEE** in the above-styled criminal proceeding, this day appeared before the undersigned for a Initial Appearance Hearing under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure, represented by Mr. Thomas Michael Florio of Jonesboro, Georgia. The government was represented by Assistant U. S. Attorney Graham Thorpe. With assistance of counsel, Mr. Bradshaw waived in writing his right to a Preliminary Hearing.

Upon consideration of the provisions of 18 U.S.C. §3143(a), the court finds that release from custody at this time is inappropriate in this case. It is alleged in the PETITION FOR ACTION ON SUPERVISED RELEASE herein, *inter alia*, that the **SUPERVISED RELEASEE** was arrested on February 26, 2009 in Spalding County, Georgia and charged with felony offenses, to-wit: Possession With Intent to Distribute/Trafficking Methamphetamine, Possession of Methamphetamine, Possession With Intent to Distribute Marijuana, Possession of Marijuana, Possession of MDMA (Ecstasy), Possession of a Firearm During Commission of a Crime, and Possession of a Firearm by a Convicted Felon. Since his arrest, he has remained in jail without bond.

Therefore, IT IS ORDERED AND DIRECTED that he be **DETAINED** by the United States Marshal pending completion of a Final Revocation Hearing, the undersigned finding that he poses both a danger to the community because of continued illegal drug involvement and a serious risk of flight because of the very real chance of returning to prison.

While held in custody, said **SUPERVISED RELEASEE** shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility wherein he is confined shall deliver him to the United States Marshal for the purpose of an appearance in connection with this court proceeding. Said **SUPERVISED RELEASEE** shall appear before the district judge to whom this case is assigned for a FINAL HEARING as directed by that judge. The Clerk of Court is directed to forward this order and the within file to the appropriate district judge for the scheduling of said FINAL HEARING at the earliest possible time.

SO ORDERED AND DIRECTED, this 19th day of OCTOBER, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE